O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01450-SGL(AJWx)                              Date:  January 8, 2009

Title:    FILIBERTO GARCIA -v- TRUSTEE CORPS, ET AL.
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

         Jim Holmes                                             None Present
         Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                       None present

PROCEEDINGS:    ORDER SUMMARILY DISMISSING RICO CLAIM

     On December 10, 2008, the Court issued an Order requiring plaintiff to file a RICO case statement within fourteen days.  In the Order the Court warned plaintiff that failure to file said case statement by the time specified would be deemed by the Court as her withdrawal of said claim and would result in the automatic summary dismissal of the RICO claim in his complaint.  The date for filing has come and gone and no RICO case statement has been filed.

     Accordingly, the Court hereby **DISMISSES** the RICO claim in the complaint.

     IT IS SO ORDERED.

ED CV 08-01450-SGL(AJWx)
FILIBERTO GARCIA v TRUSTEE CORPS, ET AL.
MINUTE ORDER of January 8, 2009